## FREDERICK ALMON ET AL.
### V.
## EVA TAYLOR ET AL.

JURISDICTION—FREEHOLD.—The question of freehold being involved, this court has no jurisdiction of the appeal.

APPEAL from the Circuit Court of Champaign county; the Hon. C. B. SMITH, Judge, presiding. Opinion filed September 17, 1880.

Messrs. TIPTON & RYAN, for appellants.

Mr. FRANCIS M. WRIGHT, for appellees.

PER CURIAM. This case involves a freehold, and the appeal should have been to the Supreme Court.

This court has no jurisdiction to try and decide the cause. Board of Trustees v. Beale, decided at the present term.

Appeal dismissed.